(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Earl Warren 224-572__
 (Name of Plaintiff)        (Inmate Number)

__1301 E 12th Street - Wilm, DE 17809__
 (Complete Address with zip code)

(2) _____
 (Name of Plaintiff)        (Inmate Number)

_____
 (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __John EDinger__

(2) _____

(3) _____
 (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__07__ - __121__

(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

FILED
FEB 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned
IFP

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__(One in progress) no case number at present time.__

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 1-29-07 I ask Public defender John Edinger to File for a motion to Suppress. He states he won't file because he has to much case load. Then on that

2. same day I also ask if he would. File for a motion for Bail reduction he never does. These are the games Mr. Edinger likes to play very serious. Second defendent Mike

3. Costello of S.V.O.P was well aware of me not suppareing to be in S.V.O.P I told him I was only on Level 2 and that I've been here 30 days, with no new case, I never seen a Judge. This was a problem from day one. Know one wanted to Listen.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. For Mr. Edinger inconvenience me to my case, I would like the Court to Award me damages in the amount (Open) This guy is Deliberately traying to sell me out. This is

3

2. my Second complaint on this Public defender. (2nd) Relief I would Like the court to reward me damages for pain & suffering And mental Distress And As well As

3. mental Anguish.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  23  day of  February , 2 007 .

_Earl Warren_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Earl Wagen
334-316
P.O. Box 954
Wilm, DE 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801
(Official Business)