IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EARL WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-121-GMS |
| | ) | |
| PUBLIC DEFENDER JOHN S. EDINGER | ) | |
| and S/LT. MIKE COSTELLO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 22nd day of March, 2007.

The plaintiff, Earl Warren, an inmate at the Howard R. Young Correctional Institution, filed a letter/motion to dismiss his case without prejudice on the basis that he is "not paying the filing fee." (D.I. 7) The court construes the letter/motion as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a).

IT IS THEREBY ORDERED that:

1. The motion to voluntarily dismiss (D.I. 7) pursuant to Fed. R. Civ. P. 41(a) is **granted** and the complaint is dismissed without prejudice.

2. The plaintiff is advised that the voluntary dismissal of a case does not relieve the plaintiff of his obligation to pay the $350.00 filing fee.

UNITED STATES DISTRICT JUDGE

FILED

MAR 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE